FILED
2001 SEP 26 PM 1:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KELVIN STEVENSON, JAMES E. ROPER, REGINALD WOODS, DEDRIC CUMMINGS, and MIKE CARTER,<br><br>Plaintiffs,<br><br>vs<br><br>MILLCRAFT ALABAMA, INC.,<br><br>Defendant. | ENTERED<br>SEP 2 6 2001<br><br><br>CIVIL ACTION NO. 98-RRA-3089-S |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion for summary judgment is due to be granted and this action is due to be dismissed. An appropriate order will be entered.

DONE, this _26th_ day of September, 2001.

U. W. CLEMON,
CHIEF UNITED STATES DISTRICT JUDGE